**ROSEN, KANTROW & DILLON, PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743
..............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: scottdillonesq@gmail.com

AVRUM J. ROSEN
FRED S. KANTROW
SCOTT T. DILLON
─────────
KIMBERLY I. BERSON
DEBORAH L. DOBBIN

ALLAN B. MENDELSOHN *
MICHAEL J. O'SULLIVAN*
(* *of counsel*)

November 14, 2016

<u>VIA ECF ONLY</u>
Hon. Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *In re Vaquero,* Debtor
            <u>Chapter 7, Case No. 15-43889-ess</u>

Dear Judge Stong:

     This firm represents Debra Kramer, Chapter 7 Trustee of the above referenced Debtor's estate. Trustee's motion to sell the estate's interest in certain real property [Doc. No. 21] is presently scheduled for hearing before Your Honor on November 15, 2016 at 10:00 a.m.

     As per the instruction of Your Chambers, this letter shall confirm that the hearing on the motion shall be adjourned to **December 13, 2016 at 9:30 a.m.**

                                             Respectfully submitted,

                                             /s/ Scott T. Dillon

                                             Scott T. Dillon

STD:em
cc: Debra Kramer, Esq. via e-mail
     Wayne Greenwald, Esq. via e-mail

SO ORDERED